**FILED**

SEP 2 3 2025

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 25-cr-03581-TWR |
| Plaintiff, | **JUDGMENT AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| EDY ROBLERO SANCHEZ, | |
| Defendant | |

Upon the motion of the United States, pursuant to Rule 48 of the Federal Rules of Criminal Procedure, IT IS HEREBY ORDERED that the Information against Edy Roblero Sanchez in this case is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

DATED: 9/23/25

_____
HONORABLE TODD W. ROBINSON
UNITED STATES DISTRICT JUDGE